GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   vs.<br><br>Breyri Barraza Sanchez,<br><br>             Defendant. | No.   CR-24-1615-PHX-DGC (ASB)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 924(a)(1)(A)<br>        (False Statement During the Purchase<br>        of a Firearm)<br>        Count 1 |

**THE GRAND JURY CHARGES:**

On or about January 6, 2022, in the District of Arizona, Defendant BREYRI BARRAZA SANCHEZ knowingly made a false statement and representation to AV AZ Firearms, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of AV AZ Firearms, in that Defendant BREYRI BARRAZA SANCHEZ executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she was the actual transferee/buyer of the firearm, whereas in truth and fact, she knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

_____/s/_____
FOREPERSON OF THE GRAND JURY
Date:  October 1, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona


_____/s/_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney